AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Burris, Helen E. | 2. Court or Organization<br><br>US Bankruptcy Court, DSC | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge- Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Federal Courthouse
201 Magnolia Street
Spartanburg, SC 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-trustee Trust #1, #2, #3 | See Part VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Employment with Turner Padget Graham & Laney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 01/23/2015 to 01/25/2015 | Columbia, SC | CLE/Bar meeting | registration waived |
| 2. | National Association of Bankruptcy Trustees | 02/26/2015 to 02/28/2015 | Charleston, SC | CLE/speaker | travel, lodging, food and expenses |
| 3. | National Conference of Bankruptcy Judges | 04/12/2015 ro 04/14/2015 | San Antonio, TX | mid year board meeting | travel, lodging, food and expenses |
| 4. | South Carolina Bankruptcy Law Association | 05/08/2015 to 05/09/2015 | Savannah, GA | CLE/ speaker | lodging, food, registration waived |
| 5. | National Conference of Bankruptcy Judges | 09/06/2015 to 09/30/2015 | Miami, FL | CLE/annual board meeting | travel, lodging, food and expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/09/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | South Carolina Defense Trial Attorneys Assn. | 11/05/2015 to 11/08/2015 | Amelia Island, FL | CLE | lodging, food, registration waived |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burris, Helen E.** | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Turner Padget Graham & Laney 401K plan (loan from Fidelity Freedom 2030 Fund listed on VII) | loan from employer investment account to filer spouse | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South State Bank - Accounts | A | Interest | K | T | | | | | |
| 2. Tr. #1 South State Bank | A | Interest | J | T | | | | | |
| 3. Tr. #2 Russell Frank Inv. Co. Lifepoints Fund Conserv. | A | Int./Div. | J | T | | | | | |
| 4. Russell Frank Inv. Co. Lifepoints Fund Growth Strategy Relax | A | Int./Div. | | | Sold | 11/03/15 | M | | See Part VIII |
| 5. Voya Financial, Inc. Annuity (ING USA) | A | Int./Div. | M | T | | | | | |
| 6. NW Mutual Whole Life Cash Value #1 | D | Dividend | L | T | | | | | |
| 7. "Y" #2 Putnam Investments New Opportunities Fund Class A & B | | None | | | | | | | see Part VIII |
| 8. 401K Fidelity Freedom 2030 Fund | D | Int./Div. | N | T | | | | | |
| 9. NetReit Real Estate Investment Trust | A | Dividend | K | T | | | | | |
| 10. (H)- IRA American Funds | | | | | | | | | |
| 11. -American Funds-Income Fund of America A | A | Dividend | J | T | | | | | |
| 12. -American Funds-American Balanced Fund A | A | Dividend | J | T | | | | | |
| 13. Future Scholar 529 College Savings Plan-FS Mod Conserv (no control) | A | Int./Div. | J | T | Distributed (part) | 03/03/15 | J | | |
| 14. -cont'd | | | | | Buy (add'l) | 11/17/15 | J | | |
| 15. -cont'd | | | | | Distributed (part) | 12/02/15 | J | | |
| 16. Monogram Residential Trust (formerly Behringer Harvard Multifamily) | A | Dividend | K | T | | | | | |
| 17. Rental Property #1 Greenville SC | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #3 Invesco Bal Risk Alloc C | A | Int./Div. | J | T | | | | | |
| 19. Future Scholar 529 College Savings Plan (2nd acct) -FS Mod Conserv (2) | A | Int./Div. | J | T | Distributed (part) | 07/29/15 | J | | |
| 20. -cont'd | | | | | Buy (add'l) | 11/17/15 | J | | |
| 21. -cont'd | | | | | Buy (add'l) | 12/01/15 | J | | |
| 22. Russell LifePoints Growth Strategy A (RALAX) | A | Int./Div. | | | Sold | 11/03/15 | K | | see Part VIII |
| 23. (H) TD Ameritrade Institutional | | | | | | | | | |
| 24. -Deutsche X-Trackers MSCI Europe Hedged Equity ETF | A | Int./Div. | K | T | Buy | 11/03/15 | J | | |
| 25. -cont'd | | | | | Buy (add'l) | 12/14/15 | J | | |
| 26. -First TR Exchan Traded FD VII FST TR GLB FD | A | Int./Div. | J | T | Buy | 11/03/15 | J | | |
| 27. -Ishares Core S&P Mid-Cap ETF | A | Int./Div. | K | T | Buy | 11/03/15 | K | | |
| 28. -cont'd | | | | | Sold (part) | 12/14/15 | J | | |
| 29. -Ishares Core S&P Small-Cap ETF | A | Int./Div. | J | T | Buy | 11/03/15 | K | | |
| 30. -cont'd | | | | | Sold (part) | 12/14/15 | J | | |
| 31. -Ishares Floating Rate Bond ETF | A | Int./Div. | J | T | Buy | 11/03/15 | J | | |
| 32. -cont'd | | | | | Sold (part) | 12/15/15 | J | | |
| 33. -Powershares Global Listed | A | Int./Div. | J | T | Buy | 11/03/15 | J | | |
| 34. -cont'd | | | | | Sold (part) | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Powershares Var Rate PFD POR ETF | A | Int./Div. | J | T | Buy | 11/03/15 | J | | |
| 36. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Buy | 11/03/15 | K | | |
| 37. -cont'd | | | | | Buy (add'l) | 12/14/15 | J | | |
| 38. -Vanguard Emerging Markets ETF | A | Int./Div. | J | T | Buy | 11/03/15 | K | | |
| 39. -cont'd | | | | | Sold (part) | 12/14/15 | J | | |
| 40. -Vanguard Index Funds S&P 500 ETF | A | Int./Div. | K | T | Buy | 11/03/15 | K | | |
| 41. -cont'd | | | | | Sold (part) | 12/15/15 | J | | |
| 42. -SPDR Series Trust Short Term High Yield Bond ETF | A | Int./Div. | J | T | Buy | 12/14/15 | J | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burris, Helen E. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 4 and 22- reinvested in TD Ameritrade International Account Line 23 - 42.

VII. Line 5- ING USA, Inc. changed its name to Voya Financial, Inc. in April of 2014.

VII. Line 7-This fund was established by grandparents of reporter's child (now 18). Previously they advised that the account was in the name of reporter's child and the fund was included herein. Upon inquiry in April 2016 to prepare this report grandparents advised that the fund was exhausted by college expense contributions and it was never in any particular grandchild's name. It will be removed from the next report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen E. Burris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544